UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRETT BROS. SPORTS INTERNATIONAL, INC., a Washington coroporation,<br><br>Plaintiff,<br><br>v.<br><br>JAS D. EASTON, INC., a Delaware corporation; EASTON SPORTS, INC., a California corporation, EASTON-BELL SPORTS, INC., a Delaware corporation,<br><br>Defendants. | NO. CV-07-138-RHW<br><br>**ORDER DISMISSING COMPLAINT** |

On June 5, 2007, the parties filed a joint Stipulated Motion to Dismiss with Prejudice (Ct. Rec. 9).  Accordingly, **IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED**, with prejudice and with each party bearing its own costs.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and to **close the file**.

**DATED** this 6th day of June, 2007.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Judge

Q:\CIVIL\2007\Brett Bros\stip.dismiss.ord_mtd.wpd

**ORDER DISMISSING COMPLAINT** * 1